ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA  92501
(951) 826-8000

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:                                        )     Chapter 13
                                              )     Case No.  **6:09-bk-31686-MJ**
**PATRICK BRIAN MARTINEZ**                    )
                                              )                **TRUSTEE'S REPORT**
                                              )
                                              )
                                              )
                                              )
                                              )
                                              )
_____)

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is **$3,422.00** per month.

Spouse/other net income is **$0.00** per month.

Debtor's Budget shows **$1,100.00** disposable income.

Debtor proposed to pay **$1,100.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **100.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**DEBTOR(S) PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTOR(S) RESERVES THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Date:  November 5, 2009                         _____
                                                Rod Danielson, Chapter 13 Trustee