| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ja Vonne M. Phillips, Esq. SBN 187474<br>Kristin A. Zilberstein, Esq. SBN 200041<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* OneWest Bank, FSB, its assignees and/or successors | **FILED & ENTERED**<br><br>JAN 20 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** rhambo   **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Patrick Brian Martinez,<br><br>Debtor. | CHAPTER: 13<br>CASE NO.: 6:09-bk-31686-MJ<br>DATE: 01/13/2010<br>TIME: 09:00 AM<br>CTRM: 302<br>FLOOR: 3rd Floor |
|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: OneWest Bank, FSB, its assignees and/or successors)**

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   *Street Address:* 543 Joaquin Road Unit 102
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Mammoth Lakes, CA 93546

   Legal description or document recording number (including county of recording): 2007006580, Mono County, California

   ☒ See attached page

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1) ☐ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c. ☐ Modified or conditioned as set forth in Exhibit   to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) - *Page 2 of 5*    **F 4001-1O.RP**

| In re | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| Patrick Brian Martinez, | Debtor. | CASE NUMBER.: 6:09-bk-31686-MJ |

6.  ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7.  ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8.  ☒ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9.  ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

    ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

    a.  ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b.  ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c.  ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d.  ☒ See attached continuation page for additional provisions.

*###*

DATED: January 20, 2010

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

| Order on Motion for Relief from Stay (Real Property) - *Page 3 of 5* | | F 4001-1O.RP |
|---|---|---|
| In re<br>Patrick Brian Martinez, | (SHORT TITLE)<br><br>Debtor. | CHAPTER: 13<br><br>CASE NUMBER.: 6:09-bk-31686-MJ |

Legal Description

A Condominium estate of inheritance of perpetual estate as defined in Section 783 of the Civil Code of the State of California, consisting of that certain real property, in the Town of Mammoth Lakes, County of Mono, State of California, described as follows:

1. A separate interest in and to the airspace identified as Unit no. 2 of the Heritage #2 as per map therefore recorded in book 8 of Subdivision Maps at page 31 through 31C, inclusive, in the office of the Recorder of the County of Mono, State of California (hereinafter "the map") and as said unit is defined in the Declaration of Covenants, Conditions and Restrictions for said subdivision recorded in book 150, at page(s) 588 through 620, inclusive and a supplementary thereto recorded in book 162, page(s) 400 and 401 of the Official Records of the recorder of the County of Mono, State of California, (hereinafter "Declaration").

2. An undivided 1/18 interest in common in and to Lots A and B of the Heritgage #1 and #2 as per map therefore recorded in book 8, page(s) 22 through 22D, inclusive and in book 8, page(s) 31 through 31C, inclusive, a plan for a Condominium Project relating to the heritage is recorded in book 151, page(s) 1 through 8, inclusive, and book 162, pages 402 through 408, inclusive of Official Records of the recorder of Mono County, California.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-1O.RP

| Order on Motion for Relief from Stay (Real Property) - | | **F 4001-1O.RP** |
|---|---|---|
| In re<br>Patrick Brian Martinez, | (SHORT TITLE) | CHAPTER: 13 |
| | Debtor. | CASE NUMBER.: 6:09-bk-31686-MJ |

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

      **The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1O.RP**

| Order on Motion for Relief from Stay (Real Property) - | **F 4001-1O.RP** |
|---|---|
| In re (SHORT TITLE) <br> Patrick Brian Martinez, <br> Debtor. | CHAPTER: 13 <br> CASE NUMBER.: 6:09-bk-31686-MJ |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*: **Order Granting Relief from the Automatic Stay** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 1/20/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**UNITED STATES TRUSTEE**
ustpregion16.rs.ecf@usdoj.gov

**TRUSTEE**
notice-efile@rodan13.com

**DEBTORS ATTORNEY**
ecf@doanlaw.com

**McCarthy & Holthus, LLP**
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR - Patrick Brian Martinez, 19059 Sunflower Place, Riverside, CA 92508**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1O.RP**