**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NOTICE OF INTENT TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  PATRICK BRIAN MARTINEZ
        19059 SUNFLOWER PL
        RIVERSIDE, CA 92508

IN THE MATTER OF:
PATRICK BRIAN MARTINEZ
19059 SUNFLOWER PL
RIVERSIDE, CA  92508

DATE: 3/11/2010
Case No. 6:09-bk-31686-MJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|  | DOAN LAW FIRM, LLP | NOT SCHEDULED | $0.00 |  |  | 0 |
| 01 | AMERICAN EXPRESS | $612.00 | $656.94 | 2009 | U | 1 |
| 12 | FIA CARD SERVICES | $9,885.00 | $10,210.79 | 8095 4331 | U | 2 |
|  | Cpu/citi | $464.00 | NOT FILED | 7440 | U | 3 |
| 10 | PORTFOLIO RECOVERY A | $20.00 | $464.34 | 7440 | U | 4 |
| 07 | PORTFOLIO RECOVERY A | $8,613.00 | $8,613.53 | 3964 | U | 5 |
| 08 | GE CONSUMER FINANCE | $1,711.00 | $1,796.27 | 4401 | U | 6 |
| 14 | RECOVERY MANAGEMENT | $132.00 | $161.22 | 7701 | U | 7 |
| 13 | HOUSEHOLD FINANCE CO | $9,482.00 | $9,706.01 | 4682 | U | 8 |
|  | Lvg Spc Furn | $4,335.00 | NOT FILED | 5087 | U | 9 |
|  | Orange Countys Cr Un | $3,424.00 | NOT FILED | 0805 | U | 10 |
|  | Phillips 66/Conoco | $310.00 | NOT FILED | 7-440 | U | 11 |
| 11 | SCHOOLS FIRST FEDERA | $3,655.00 | $3,648.08 | 1285 | U | 12 |
| 09 | PORTFOLIO RECOVERY A | $95.00 | $118.04 | 8601 | U | 13 |
| 05 | WELLS FARGO FINANCIA | NOT SCHEDULED | $4,784.21 | 173215207 | S | 14 |
| 04 | NATIONAL CAPITAL MAN | $6,910.00 | $7,049.90 | 173422868 | U | 15 |
| 03 | NATIONAL CAPITAL MAN | $4,493.00 | $4,622.11 | 173759659 | U | 16 |
| 02 | NATIONAL CAPITAL MAN | $1,268.00 | $1,331.68 | 174020330 | U | 17 |
| 06 | ONEWEST BANK | $270,000.00 | $278,636.31 | 5103 | S | 18 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "DIRECT PAY" OR "NOTICE ONLY."

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:09-bk-31686-MJ**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:   3/11/2010

_____/s/_____
PAULETTE ROSELI


PROOF OF SERVICE

   I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 3/11/2010 at Riverside, California.

_____/s/_____
PAULETTE ROSELI


PATRICK BRIAN MARTINEZ
19059 SUNFLOWER PL
RIVERSIDE, CA  92508

DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653