Rod Danielson, Chapter 13 Standing Trustee
4361 Latham Street, Suite 270, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:09-bk-31686-MJ  AS OF 4/1/2010**

| | | |
|---|---|---|
| FILING DATE: | 09/15/2009 | |
| 1ST MEETING DATE: | 10/26/2009 | |
| CONFIRMATION DATE: | 10/26/2009 | |
| TERM OF PLAN: | 60 MONTHS | |
| PERCENT TO UNSECURED: | 100.00 | |
| MONTHLY PLAN PMT AMT: | $1,100.00 | |
| GROSS RECEIPTS: | $6,600.00 | |
| REFUNDS FR CREDITORS: | $0.00 | |
| NET PAID CREDITORS: | $3,995.20 | |
| FEES PAID TO ATTY: | $0.00 | |
| FEES PAID TO TRUSTEE: | $404.80 | |
| REFUNDS TO DEBTOR: | $0.00 | |
| BALANCE ON HAND: | $2,200.00 | |

PATRICK BRIAN MARTINEZ
19059 SUNFLOWER PL
RIVERSIDE, CA 92508

CURRENT CASE DISPOSITION:
ACTIVE

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/22/2010 | $1,100.00 | 04/2010 | $0.00 |
| 02/22/2010 | $1,100.00 | 03/2010 | $1,100.00 |
| 01/20/2010 | $1,100.00 | 02/2010 | $1,100.00 |
| 12/22/2009 | $1,100.00 | 01/2010 | $1,100.00 |
| 11/20/2009 | $1,100.00 | 12/2009 | $1,100.00 |
| 10/29/2009 | $1,100.00 | 11/2009 | $1,100.00 |
| | | 10/2009 | $1,100.00 |
| | | 09/2009 | $0.00 |
| | | 08/2009 | $0.00 |
| | | 07/2009 | $0.00 |
| | | 06/2009 | $0.00 |
| | | 05/2009 | $0.00 |

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | DOAN LAW FIRM, LLP | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | $612.00 | $656.94 | $0.00 | $0.00 | $656.94 |
| 0002 | FIA CARD SERVICES | UNSECURED | 0.00 | $9,885.00 | $10,210.79 | $0.00 | $0.00 | $10,210.79 |
| 0003 | Cpu/citi | UNSECURED | 0.00 | $464.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $20.00 | $464.34 | $0.00 | $0.00 | $464.34 |
| 0005 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $8,613.00 | $8,613.53 | $0.00 | $0.00 | $8,613.53 |
| 0006 | GE CONSUMER FINANCE | UNSECURED | 0.00 | $1,711.00 | $1,796.27 | $0.00 | $0.00 | $1,796.27 |
| 0007 | RECOVERY MANAGEMENT SYS CORP | UNSECURED | 0.00 | $132.00 | $161.22 | $0.00 | $0.00 | $161.22 |
| 0008 | HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA | UNSECURED | 0.00 | $9,482.00 | $9,706.01 | $0.00 | $0.00 | $9,706.01 |
| 0009 | Lvg Spc Furn | UNSECURED | 0.00 | $4,335.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | Orange Countys Cr Unio | UNSECURED | 0.00 | $3,424.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | Phillips 66/Conoco | UNSECURED | 0.00 | $310.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | SCHOOLS FIRST FEDERAL CU | UNSECURED | 0.00 | $3,655.00 | $3,648.08 | $0.00 | $0.00 | $3,648.08 |
| 0013 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $95.00 | $118.04 | $0.00 | $0.00 | $118.04 |
| 0014 | WELLS FARGO FINANCIAL CALIF | SECURED | 0.00 | $0.00 | $4,784.21 | $3,995.20 | $0.00 | $789.01 |
| 0015 | NATIONAL CAPITAL MANAGEMENT | UNSECURED | 0.00 | $6,910.00 | $7,049.90 | $0.00 | $0.00 | $7,049.90 |
| 0016 | NATIONAL CAPITAL MANAGEMENT | UNSECURED | 0.00 | $4,493.00 | $4,622.11 | $0.00 | $0.00 | $4,622.11 |
| 0017 | NATIONAL CAPITAL MANAGEMENT | UNSECURED | 0.00 | $1,268.00 | $1,331.68 | $0.00 | $0.00 | $1,331.68 |
| 0018 | ONEWEST BANK | SECURED | 0.00 | $270,000.00 | $278,636.31 | $0.00 | $0.00 | $0.00 |

**TOTAL PRINCIPAL BALANCE OWED*:   $49,167.92**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.   TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.